1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10
JOE V. GARCIA,                    )        Case No. CV 11-9145-DDP (OP)
11                                )
                                  )        ORDER ACCEPTING FINDINGS,
12             Petitioner,        )        CONCLUSIONS, AND
       v.                         )        RECOMMENDATIONS OF
13                                )        UNITED STATES MAGISTRATE
                                  )        JUDGE
14   LELAND McEWEN, Warden,       )
                                  )
15                                )
               Respondent.        )
16   _____)

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on

18   file, the Report and Recommendation of the United States Magistrate Judge, and

19   Petitioner's Objections thereto.  The Court has engaged in a de novo review of those

20   portions of the Report and Recommendation to which Petitioner has objected.  The

21   Court accepts the findings and recommendations of the Magistrate Judge,

22   / / /

23   / / /

24   / / /

25
26
27
28

     IT IS ORDERED  that Judgment be entered:  (1) accepting this Report and Recommendation; (2) denying Respondent's Motion to Dismiss as moot; and (3) directing that Judgment be entered denying the Petition and dismissing this action with prejudice.


DATED: November 17, 2014

_____
HONORABLE DEAN D. PREGERSON
United States District Judge


Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge

2