UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE V. GARCIA,<br><br>　　　　　　Petitioner,<br>　　v.<br><br>LELAND McEWEN, Warden,<br><br>　　　　　　Respondent. | Case No. CV 11-9145-DDP (OP)<br><br>J U D G M E N T |

　　Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 17, 2014

　　　　　　　　　　　　　　　　　　／s／ Dean D. Pregerson
　　　　　　　　　　　　　　　　　　HONORABLE DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　United States District Judge

Prepared by:

／s／ Oswald Parada
HONORABLE OSWALD PARADA
United States Magistrate Judge